AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| Francisco GONZALEZ-Gomez (41) | ) |
| Jerez, Zacatecas, Mexico | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 13, 2021__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1544 | did willfully and knowingly use, or attempt to use, a passport issued or designed for the use of another; |

This criminal complaint is based on these facts:

On or about October 13, 2021, at approximately 8:20 am, defendant, Francisco GONZALEZ-Gomez, a citizen & national of Mexico, applied for admission into the United States at the Juarez Lincoln Port of Entry in Laredo, Texas, as a passenger in a bus. At time of inspection, defendant presented a United States Passport bearing the name and photograph of J.M.G to primary CBP Officer Jorge Avitia and claimed to be such person.  When asked where he was born, defendant stated he was born in the United States.  Due to CBP system indicating a facial mismatch, defendant was referred to secondary for further inspection.  At secondary, biometrics revealed defendant has been previously removed on or about April 18, 2007 via Calexico, California.  Defendant identified himself as Francisco Gonzalez Gomez an undocumented citizen & national of Mexico born in Jerez, Zacatecas, Mexico. Facts are based on the defendant's sworn statement and records of Customs & Border Protection. The defendant was paroled into the United States and an Immigration hold has been placed.

☐ Continued on the attached sheet.

/s/ Jose C. Luna
*Complainant's signature*

Jose C. Luna, CBP Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __October 15, 2021__

*Judge's signature*

City and state: __Laredo, Texas__   Christopher Dos Santos, U.S. Magistrate Judge
*Printed name and title*